| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) McCalla, Jon P. | 2. Court or Organization U.S. District Court Western District of Tennessee | 3. Date of Report August 5, 1991 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Nominee/Judge, U.S. District Court | 5. Report Type (check appropriate type) X Nomination, Date 8/1/91 X Initial __ Annual __ Final | 6. Reporting Period 1/1/90 to 7/31/91 |

| 7. Chambers or Office Address Heiskell, Donelson, Bearman, Adams, Williams & Kirsch 20th Floor First Tennessee Building Memphis, Tennessee 38103 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions) | |
| Partner | Heiskell, Donelson, Bearman, Adams, Williams & Kirsch |
| Assistant Secretary | Hunter-Melnor, Inc. (this position is as a result of my role of counsel to the company) |
| Secretary and Member of Bd. of Directors | Innovative Material Systems (this position as a result of my role of counsel to the company) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |
| April 27, 1988 | Buy-out of my partnership interest in Armstrong Allen Prewitt Gentry Johnston & Holmes. This was in conjunction with my joining my current firm and provides for payment of $52,904.59 in quarterly installments over seven years. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| 1989 | Heiskell, Donelson - Attorney - Compensation | $ 128,858.00 |
| 1990 | Heiskell, Donelson - Attorney - Compensation | $ 190,252.00 |
| 1991 | Heiskell, Donelson - Attorney - Compensation | $ 190,000.00 (est. |
| 1989 | The Hodges Group - Physician - Compensation | $ (S) |
| 1990 | The Hodges Group - Physician - Compensation | $ (S) |
| 1991 | The Hodges Group - Physician - Compensation | (S) |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Joe P. McCalla | Date of Report<br>8/5/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Federal Land Bank (Covington, TN) | (J) McCalla Farms | K |
| Beverly J. Albert | (J) Mortgage 2034-36 Peabody | J |
| VA Loan Servicing Center | (S) School Loan | J |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
S = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Jon P. McCalla | Date of Report<br>8/5/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 16-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by placing "(X)" after each asset.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month/Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 NBC – Savings (J) | A | Int. | J | T | | | | Exempt | | |
| 2 1st Tenn. Bank Savings & Checking (J) | D | Int. | L | T | | | | Exempt | | |
| 3 McCalla Farm (J) | A | Farm | K | R | | | | Exempt | | |
| 4 100 Shs. Autozone (J) | N/A | N/A | J | T | | | | Exempt | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (Real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated



Digitized by Google

7/24/91

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 74,626 | 80 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 3,300 | 00 | Notes payable to others | | |
| Unlisted securities—add schedule | | | Accounts and bills due | | |
| Accounts and notes receivable: | | | Unpaid income tax | | |
| JPM/Firm Capital Account | 21,023 | 00 | Other unpaid tax and interest | | |
| Due from others | | | Real estate mortgages payable—add schedule | 441,831 | 25 |
| Doubtful | | | | | |
| Real estate owned—add schedule | 679,266 | 00 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—Itemize: | | |
| Autos and other personal property | 93,000 | 00 | student loan (NBM) | 10,800 | 00 |
| Cash value—life insurance | 6,800 | 00 | | | |
| Other assets—Itemize: | | | | | |
| IDS/IRA Annuity | 111,350 | 00 | | | |
| Equitable/IRA/JPM & NBM | 39,100 | 86 | | | |
| NBM/Retirement (approx.) | 30,185 | 95 | Total liabilities | 452,631 | 25 |
| JPM/Pension (law firm) | 13,429 | 00 | Net worth | 619,450 | 36 |
| Total assets | 1,072,081 | 61 | Total liabilities and net worth | 1,072,081 | 61 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | 6,000 | 00 | Are any assets pledged? (Add schedule.) | Schedule attached |
| On leases or contracts | -0- | | Are you defendant in any suits or legal actions? | Yes* |
| Legal Claims | -0- | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | -0- | | | |
| Other special debt | -0- | | | |
| | -0- | | | |

*See attached Schedule III

Digitized by Google